IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., | NO. C 08-00326 JW |
|     Plaintiff,<br>  v.<br>Manuel Pacis, et al.,<br>    Defendants. | **ORDER GRANTING MOTION TO EXTEND TIME TO SERVE; CONTINUING CASE MANAGEMENT CONFERENCE** |

On May 30, 2008, Plaintiff filed a motion requesting that the Court extend time to serve Defendants and continue the Initial Case Management Conference for this case. The Court finds good cause to grant Plaintiff addition time in which to serve Defendants. Plaintiff shall serve the Summons and Complaint and a copy of this Order on Defendants on or before **August 8, 2008.**

In light of this Order, the Court continues the Case Management Conference presently set for June 9, 2008 to **September 8, 2008 at 10 a.m.** The parties shall file a Joint Case Management Statement on or before **August 29, 2008**. The Statement shall set forth a good faith discovery plan, including a proposed date for the close of all discovery.

Dated: June 5, 2008

                                                                 JAMES WARE<br>
                                                                  United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Thomas Peter Riley tprlaw@att.net

3

4  **Dated:  June 5, 2008**                                         **Richard W. Wieking, Clerk**

5                                                                              **By:   /s/ JW Chambers**
                                                                                          **Elizabeth Garcia**
6                                                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California