| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, SBN 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.<br>MANNYLA ROSE REST 1/21/06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
PACIS

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | C0800326 JW HRL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; U.S.D.C. FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION INFORMATION PACKAGE

3. a. Party served: ROSITA T. PACIS, INDIVIDUALLY AND D/B/A MANNYLA ROSE RESTAURANT

4. Address where the party was served: 3570 SAN VICENT AVENUE
   MERCED, CA 95348

5. I served the party
   b. **by substituted service.** On: July 26, 2008 at: 09:56 am I left the documents listed in item 2 with or in the presence of "JOHN DOE" (REFUSED NAME) - CO-OCCUPANT
   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section :
   SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. D. ALLRED
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $60.00
   e. I am: (3) registered California process server.
      (i) independent contractor
      (ii) Registration No.: EXEMPT B&B22350 (B)
      (iii) County:

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 6, 2008

_D. ALLRED_

Judicial Council form POS-010 Rev. 01/01/07                 **PROOF OF SERVICE**                 10655-2/asgensdo

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br>tprlaw@att.net | |
| ATTORNEY FOR (Name):    PLAINTIFF | Ref. No. or File No.<br>MANNYLA ROSE REST 1/21/06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT

PACIS

| DECLARATION<br>RE: DILIGENCE | DATE: | TIME: | DEPT/DIV | CASE NUMBER:<br>C0800326 JW HRL |
|---|---|---|---|---|

I received the within process on June 17, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served:  ROSITA T. PACIS, INDIVIDUALLY AND D/B/A MANNYLA ROSE RESTAURANT

Residence:  3570 SAN VICENT AVENUE, MERCED, CA 95348

Business:  Business address was not known at the time of service.

As enumerated below:

July 7, 2008   10:52 am
    NO ANSWER (RESIDENCE).
July 8, 2008   07:51 am
    NO ANSWER (RESIDENCE).
July 9, 2008   01:35 pm
    NO ANSWER (RESIDENCE).
July 12, 2008   08:15 pm
    NO ANSWER (RESIDENCE).
July 15, 2008   06:25 am
    NO ANSWER (RESIDENCE).
July 17, 2008   06:50 pm
    NO ANSWER (RESIDENCE).
July 23, 2008   01:50 pm
    NO ANSWER (RESIDENCE).
July 26, 2008   09:55 am
    NOT HOME (RESIDENCE) PER "JOHN DOE" (REFUSED NAME), CO-OCCUPANT.
July 26, 2008   09:56 am
    SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT
    AS NAMED.           (CONTINUED ON NEXT PAGE)

| Person who served papers | |
|---|---|
| D. ALLRED<br>ABSOLUTE SERVICE OF LOS ANGELES<br>1301 WEST SECOND STREET, SUITE 204<br>LOS ANGELES, CA 90026<br>(213) 481-7334 | The fee for service was: $60.00<br>I am: registered California process server.<br>    independent contractor<br>    Registration No.: EXEMPT B&B22350(B)<br>    County: |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 6, 2008                                            D. ALLRED

Judicial Council form POS-010        DECLARATION REGARDING DILIGENCE        10655-2/asdc

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, SBN 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net | |
| ATTORNEY FOR (Name): PLAINTIFF | Ref. No. or File No.<br>MANNYLA ROSE REST 1/21/06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT:
PACIS

| DECLARATION<br>RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0800326 JW HRL |
|---|---|---|---|---|

**Person who served papers**
D. ALLRED
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The **fee** for service was: $60.00
I am: registered California process server.
   Employee or independent contractor
   Registration No.: **EXEMPT B&B22350(B)**
   County:

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 6, 2008

_____
D. ALLRED

Judicial Council form POS-010             **DECLARATION REGARDING DILIGENCE**             10655-2/asdd2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br>tprlaw@att.net | |
| ATTORNEY FOR (Name):   PLAINTIFF | Ref. No. or File No.<br>MANNYLA ROSE REST 1/21/06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF/PETITIONER
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT
PACIS

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER<br>C0800326 JW HRL |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **July 28, 2008**, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; U.S.D.C. FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION INFORMATION PACKAGE

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

ROSITA T. PACIS, INDIVIDUALLY AND D/B/A MANNYLA ROSE RESTAURANT
3570 SAN VICENT AVENUE
MERCED, CA 95348

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Person who served papers
M. MANCHESTER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was:  $60.00
I am: registered California process server.
  employee
  Registration No.: 5211
  County: LOS ANGELES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 6, 2008

M. MANCHESTER

Judicial Council form POS-010                PROOF OF SERVICE BY MAIL                10655-2/asopmail