IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., | NO. C 08-00326 JW |
|     Plaintiff,<br>  v.  | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Manuel Pacis, et al., | |
|     Defendants.<br>_____ / | |

This case is presently scheduled for a Case Management Conference on September 8, 2008. The Docket reflects that Defendants were served on August 6, 2008. To date, Defendants have yet to answer or otherwise respond the Complaint. In addition, Plaintiff has failed to file a Case Management Statement by August 29, 2008, as required by the Court's June 5, 2008 Order. (See Docket Item No. 8.)

Accordingly, the Court continues the Case Management Conference presently set for September 8, 2008 to **October 20, 2008 at 10 a.m.** Plaintiff shall file a Statement on or before **October 10, 2008** addressing the issue of Defendants' apparent default. Failure to file a timely statement may result in the case being dismissed for lack of prosecution. See Fed. R. Civ. P. 41(b).

Dated: September 4, 2008

JAMES WARE  
United States District Judge

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Thomas Peter Riley tprlaw@att.net

3   **Dated: September 4, 2008**                    **Richard W. Wieking, Clerk**

4

5                                                   **By:   /s/ JW Chambers**
                                                    **Elizabeth Garcia**
6                                                   **Courtroom Deputy**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28