IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., | NO. C 08-00326 JW |
|       Plaintiff,<br>v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Manuel Pacis, et al., | |
|       Defendants. | |

In light of Plaintiff's pending Motion for Default Judgment set for hearing on **November 24, 2008**, the Court VACATES the Case Management Conference currently set for October 20, 2008. The Court will set a new conference date, if necessary, in its Order addressing Plaintiff's motion for default judgment.

Dated: October 15, 2008

                                      JAMES WARE
                                      United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas Peter Riley tprlaw@att.net

**Dated:  October 15, 2008**                               **Richard W. Wieking, Clerk**

                                                           **By:   /s/ JW Chambers
                                                                   Elizabeth Garcia
                                                                   Courtroom Deputy**