IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., | NO. C 08-00326 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Manuel F. Pacis, et al., | |
| Defendants. | |

Pursuant to the Court's December 15, 2008 Order Granting in Part and Denying in Part Plaintiff's Motion for Default Judgment, judgment is entered in favor of Plaintiff J & J Sports Productions, Inc., against Defendants Manuel F. Pacis and Rosita T. Pacis.

Judgment is entered in the amount of $1600.00.

The Clerk shall close this file.

Dated: December 15, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas Peter Riley tprlaw@att.net

**Dated:  December 15, 2008**                              **Richard W. Wieking, Clerk**

                                                                          **By:     /s/ JW Chambers
                                                                                  Elizabeth Garcia
                                                                                  Courtroom Deputy**